IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| VIKI GAIL MEDLEY, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 1:10cv0019 SWW |
| | * | |
| | * | |
| SUN LIFE AND HEALTH | * | |
| INSURANCE CO., | * | |
| | * | |
| Defendant. | * | |

ORDER

The joint motion [doc.#14] of the parties to dismiss with prejudice, each party bearing its own fees and costs, is hereby granted.

IT IS SO ORDERED this 7th day of October 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE